# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–23552–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
    RAUL H MOLINA
    6830 DOVECOTA AVE.
    NORTH LAS VEGAS, NV 89084

Social Security No.:
    xxx–xx–9717

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/28/10                                           BY THE COURT

                                                                                 *Mary A. Schott*

                                                                                   Mary A. Schott
                                                                                  Clerk of the Bankruptcy Court